UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RADFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEXSTAR BROADCASTING, INC., et al.,<br><br>　　　　Defendants. | Case No. 25-cv-00389-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Radford v. Nexstar Broadcasting, Inc. et al*, Case No. 3:24-cv-08118-RFL.

**IT IS SO ORDERED.**

Dated: January 16, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**