UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RADFORD,<br>Plaintiff,<br>v.<br>NEXSTAR BROADCASTING, INC., et al.,<br>Defendants. | Case No. 24-cv-08118-RFL (ASK)<br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF**<br>Re: Dkt. No. 60 |

Plaintiff Steven Radford and Defendant Nexstar Broadcasting, Inc. have filed a Joint Discovery Letter Brief concerning the inclusion of attorney contact information in the opt-out notice to be sent to Defendant's employees. Dkt. 60; *see Belaire-W. Landscape, Inc. v. Superior Ct.*, 149 Cal. App. 4th 554, 57 Cal. Rptr. 3d 197 (2007). Plaintiff argues for the inclusion of such information, while Defendant argues against.

Defendant contends that such inclusion is not mandated by the relevant case law. *See* Dkt. 60 at 4–5. But such inclusion is standard. *See, e.g.*, *Belaire-West*, 149 Cal. App. 4th at 557–58 (approving an opt-out notice that included contact information for defense counsel and for plaintiffs' counsel). And a court in this District has looked disapprovingly on the exclusion of such information. *See Camp v. Alexander*, 300 F.R.D. 617, 625 (N.D. Cal. 2014) (finding improper the omission of such "key information" as contact information for plaintiffs' counsel from an employer's opt-out letter to employees). Additionally, in cases considering such opt-out notices, California courts have favored easing communication between counsel and potential class members. *See, e.g.*, *Pioneer Elecs. (USA), Inc. v. Superior Ct.*, 40 Cal. 4th 360, 374, 150 P.3d 198, 206 (2007) ("It makes little sense to make it more difficult for plaintiff to contact [potential class members.]"); *Belaire-West*, 149 Cal. App. 4th at 561–62 (noting that the "fundamental public policy underlying California's employment laws" weigh in favor of disclosing employee contact

United States District Court
Northern District of California

information). The Court accordingly orders the parties here to include in their opt-out notice contact information for Plaintiff's counsel and for Defendant's counsel.

**IT IS SO ORDERED.**

Dated: October 7, 2026

AJAY KRISHNAN
United States Magistrate Judge